SAMUEL ROTHENBERG, ADMINISTRATOR OF THE ESTATE OF ISSAC L.
ROTHENBERG, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed December 11, 1916.*

RESPONDEAT SUPERIOR—*doctrine of not applicable to State.* The doctrine
of *respondeat superior* is not applicable to the State, and the State is not
liable for the torts of its officers, agents or employees.

Schuyler, Ettelson and Weinfeld, for Claimant.
P. J. Lucey, Attorney General, for State.

Claimant seeks to recover for the death of Isaac L. Rothenberg, a
child of tender years, who came to his death by drowning in the lagoon
in Douglas Park in the City of Chicago, Illinois.

It is set forth in claimant's petition that the ice covering on the
lagoon at that time was inviting to children; that the same was unsafe
and that there were no guards, police officers or other attendants to
warn children and keep them from going on the ice.

The State has filed a general and special demurrer to claimant's
petition. One of the causes assigned by the special demurrer is that
the doctrine of *respondeat superior* is not applicable to the State, and
that the State is not liable for the torts of its officers, agents or
employees.

This Court has repeatedly held that the doctrine of *respondeat
superior* is not applicable to cases of this kind. The law is so well set-
tled that it will be unnecessary to cite any authorities.

The demurrer is sustained.